UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. ) CAUSE NO. 3:07-CR-00033 (3) RM<br>)<br>MARTIN HERMOSILLO ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 23, 2007 [Doc. No. 53]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Martin Hermosillo's plea of guilty, and FINDS the defendant guilty of Count 5 of the Indictment, in violation of 18 U.S.C. § 922(j).

SO ORDERED.

ENTERED:   September 12, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court